Howard L. Magee (State Bar No. 185199)
Larry W. Lee (SBN 228175)
Simon L. Yang (SBN 260286)
**DIVERSITY LAW GROUP, P.C.**
515 S. Figueroa St., Suite 1250
Los Angeles, California 90071
(213) 488-6555
(213) 488-6554 facsimile
Email: hmagee@diversitylaw.com
        lwlee@diversitylaw.com
        sly@diversitylaw.com

William L. Marder, Cal Bar No. 170131
POLARIS LAW GROUP
501 San Benito Street, Suite 200
Hollister, California 95023
Telephone:    831.531.4214
Facsimile:    831.634.0333
Email: bill@polarislawgroup.com

Dennis S. Hyun (State Bar No. 224240)
HYUN LEGAL, APC
515 S. Figueroa St., Suite 1250
Los Angeles, CA  90071
(213) 488-6555
(213) 488-6554 facsimile
Email: dhyun@hyunlegal.com

Attorneys for Plaintiff and the Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOY ANN JULIAN, as an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO., an Illinois corporation; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:20-cv-09446-VC<br><br>**[PROPOSED] ORDER GRANTING IN PART PLAINTIFF'S MOTION FOR ATTORNEYS' FEES, COSTS, AND CLASS REPRESENTATIVE SERVICE PAYMENT** AS MODIFIED<br><br>Date:            March 10, 2022<br>Time:            10:00 a.m.<br>Courtroom:    4<br>Judge:           Honorable Vince Chhabria<br><br>Date Action Filed    December 30, 2020<br>Trial Date:            Not scheduled |

1    The Court, having read the papers filed with regard to Plaintiff's motion for final approval of

2    a class action settlement and Plaintiff's separate motion for award of attorneys' fees, costs, and

3    class representative service payment, and after hearing argument regarding the motions on March

4    10, 2022, hereby FINDS AND ORDERS as follows:

5    1.    The Court has jurisdiction over the subject matter of this litigation and over all

6    parties to this Action, including the members of the Settlement Class.

7    2.    The hourly rates claimed by Class Counsel are reasonable and appropriate and

8    consistent with the rates charged in the Northern District of California for attorneys with similar

9    qualifications, skills, and experience.  The hours expended on the litigation also are reasonable.

10   Given the amount of work required in this case, the Court finds no reason to depart from the Ninth

11   Circuit's "benchmark" of twenty-five percent of the recovery. *See Powers v. Eichen*, 229 F.3d 1249,

12   1256 (9th Cir. 2000).  Accordingly, the Court approves an award of attorneys' fees in the amount of

13   $68,750.00 and costs in the amount of $7,697.30.  This Court orders that 10% of the attorneys' fees,

14   or $6,875.00, be held by the Settlement Administrator until after the Post-Distribution Accounting

15   has been filed.  This 10% hold-back is equitable in this case as Plaintiff's counsel's lodestar far

16   exceeds the attorneys' fees awarded.  The remaining $61,875.00 of attorneys' fees and $7,697.30 in

17   costs shall be released within the time frames set out in the Settlement Agreement to be distributed

18   by the Settlement Administrator among Class Counsel as necessary.

19   3.    The request for a class representative service payment to Plaintiff Joy Ann Julian is

20   reasonable given the risks Plaintiff took and the amount of time Plaintiff spent in conjunction with

21   prosecuting this case.  The requested amount is also within the range of such awards approved in

22   similar cases.  Accordingly, the Court approves the request for a class representative service

23   payment in the amount of $5,000.00 to be paid within the time frames set out in the Settlement

24   Agreement care of Diversity Law Group, P.C.

25

26   IT IS SO ORDERED.

27   Dated:    March 21, 2022

28                                     HON. VINC



2